UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 6:25-CR-00275-MTK |
| v. | SUPERSEDING INFORMATION |
| KIELAN ROBERT EUGENE FITZSIMONDS, | 18 U.S.C. § 1361 |
| Defendant. | MISDEMEANOR |

THE UNITED STATES ATTORNEY CHARGES:

**COUNT 1**
**(Depredation of Government Property)**
**(18 U.S.C. § 1361)**

On or about the June 8, 2025, in the District of Oregon, defendant **KIELAN ROBERT EUGENE FITZSIMONDS** willfully and by throwing rocks at a Department of Homeland Security vehicle, did injure and commit a depredation against property of the United States;

In violation of Title 18, United States Code, Section 1361.

Dated: August 19, 2025

Respectfully submitted,

SCOTT E. BRADFORD
Interim United States Attorney

s/ *Adam E. Delph*
ADAM E. DELPH
Assistant United States Attorney